**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Criminal Action No. 5:11cr00033** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **TREVOR WILLIAMS,** | ) | **By: Michael F. Urbanski** |
| | ) | **United States District Judge** |
| **Defendant.** | ) | |

## <u>ORDER</u>

This matter was referred to the Honorable James G. Welsh, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(3), for the purpose of conducting a plea hearing and a plea colloquy under Rule 11 of the Federal Rules of Criminal Procedure and preparing proposed findings of fact and a recommendation as to the acceptance of such plea as tendered. The Magistrate Judge filed a report and recommendation on March 14, 2012, recommending that defendant's plea of guilty to Count 1 of the Indictment be accepted. No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendation should be adopted in its entirety. Accordingly, **IT IS ORDERED** that said report and the findings and recommendation contained therein are hereby **ACCEPTED IN WHOLE**, defendant's plea of guilty to Count 1 of the Indictment is **ACCEPTED**, and defendant is adjudged **GUILTY** as to that offense. The Clerk of Court hereby is directed to send a certified copy of this Order to all counsel of record.

Entered: April 5, 2012

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge